983 So.2d 899 (2008)
Marie GALATAS, Melva Pratts, New Creation Christian Church, Thedora Herring, Rosemary Grunewald, Martha Diaz, Patricia Corman, Emma J. Williams
v.
WALLACE C. DRENNAN, INC.
No. 2008-C-0722.
Supreme Court of Louisiana.
May 30, 2008.
*900 In re Galatas, Marie et al; Williams, Emma J.; Diaz, Martha; Herring, Thedora;  Plaintiff(s); Applying for Writ of Certiorari and/or Review, Parish of Orleans, Civil District Court Div. E, No. 2003-12055; to the Court of Appeal, Fourth Circuit, No. 07-CA-0567.
Denied.